UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

98 JUN 12 PM 4:00

| | |
|---|---|
| Edward Rodriguez<br>Natural Person, In Propia Persona<br>Sui Juris, | Civil No.: 98-1353 CIV-DAVIS |
| Plaintiff's | |
| -vs- | COMPLAINT FOR MAGISTRATE JUDGE<br>DECLARATORY GARBER<br>JUDGMENT,<br>INJUCTIVE RELIEF<br>AND DAMAGES |
| Preston Butcher, as individual | |
| Defendant. | JURY TRIAL DEMANDED |

COMES NOW the afore-named Plaintiff and for cause of action against the afore-named Defendant states as follows:

1.] This action arises under the Constitution and Laws of the United States for redress of the injuries suffered to Plaintiff's liberty and property through the deprivation of rights, privileges and immunities secured by the Constitution and laws of the Constitution of the United States, particularly under the provisions of Article 1 Section Nine and the Fourth (4th), Ninth (9th), and Fourteenth (14th) Amendments of the Constitution of the United States, and under federal law, particularly Title 26 of the United States Code, Section 7433; and under Title 26 of the United States Code, Section 7431, and under United States Code, Section 6325. Plaintiff is entitled to attorneys' fees to vindicate the deprivation and violations Plaintiff's constitutional rights by defendant.

2.] Plaintiff has been injured by the deprivation of his rights as a citizen to be secure in his property and privacy from trespasses, to the due process of law requirements in the Fifth (5th) and Fourteenth (14th) Amendments, and by the deprivation of his rights to due process of law.

1



3.] Plaintiff has been deprived of his rights through the reckless, wanton, malicious, intentional, and willful acts of Defendant, with and through Defendant's superiors and subordinates, and their arbitrary, discriminatory and capricious abuse of public power.

4.] Plaintiff's claims arise out of actions perpetrated under color of the laws of the United States of America.

5.] Plaintiff seeks damages, nominal, compensatory and punitive, a declartory judgment or decree, injunctive relief, and costs and attorneys' fees from the Defendant herein for depriving Plaintiff of his rights.

## JURISDICTION

6.] This court has jurisdiction of this cause under and by virtue of Title 28, United States Code, Section 1331, which provides jurisdiction of matters arising under the Constitution and laws of the United States; Title 28, United States Code, Section 1343; Title 28, United States Code, Sections 2201 and 2202, which authorize any court of the United States to declare the rights and other legal relations of any interested parties seeking such declaration, and to grant further necessary or proper relief based on a declaratory judgment or decree; and Article III, Section 2 of the United States Constitution.

## VENUE

7.] All acts alleged herein transpired within the State of Florida, therefore, venue is proper herein pursuant to Title 28, United States Code, Section 1391(b), because the alleged claims arose within the judicial district of Florida.

## PARTIES

8.] Plaintiff Edward Rodriguez is a natural individual, and at all times pertinent to this action domiciled in the State of Florida, City of Miami, County of Dade.

## DEFENDANT

9.] Defendant is now, and at all times material hereto, has held a position of emolument with the federal government, in the governmental subdivision of Florida. Defendant at all times material hereto has been employed by the Department of the Treasury, Internal Revenue Service, in governmental subdivisions of the State of Florida.

## OPERATIVE FACTS

10.] Each and all of the acts of Defendant were done by Defendant, in individual capacity, under the color and pretense of the statutes, ordinances, regulations, customs, and usages of the United States of America, and under the authority of his respective office with the Department of the Treasury, Internal Revenue Service

11.] **Trespass, Continuing Trespass, Trespass on Case, Trespass Viet Armis**, by instituting unlawful forms of actions to injure the Plaintiff's persons, properties, or rights, causing wrongful interference with and disturbance of property. Defendant, in his individual capacity, holding a position of emolument with the Department of the Treasury, Internal with and through superiors and subordinates unlawfully, under color of law, and without authority, invaded the Plaintiff's personal papers and records for the sole purpose of imposing unlawful tax, penalties, and interest assessments against the Plaintiff's. This action is documented by "Notice of Levy", titled Department of the Treasury, Internal Revenue Service.

12.] The Defendant, in individual capacity, holding a position of emolument with the Department of the Treasury, Internal Revenue

3

Service, with and through superiors and subordinates deliberately and for Defendants own purposes caused the deprivation of the Plaintiff's inalienable rights protected by the Constitution and Laws of the United States. Specifically, the provisions of the Fourth (4th), Ninth (9th) and Fourteenth (14th) Amendments of the Constitution of the United States. This action is documented by "Notice of Levy" titled Department of the Treasury Internal Revenue Service.

13.] **Slander** The Defendant, in individual capacity, holding a position of emolument with the Department of the Treasury, Internal Revenue Service, with and through superiors and subordinates has and continues to use words, and actions falsely spoken and written toward the defamation of the Plaintiff. As witnessed by "Notice of Levy" titled Department of the Treasury, Internal Revenue Service.

14.] The Defendant, in individual capacity, holding a position of emolument with the Department of the Treasury, Internal Revenue Service, with and through superiors and subordinates has engaged in a scheme and conspiracy designed and intended to deny and deprive the Plaintiff of his inalienable right to a speedy trial by an impartial jury, to be informed of charges against him, to be confronted with witnesses against him, to have compulsory process for obtaining witnesses against and in favor of him, and to have effective assistance of counsel. As witnessed by "Notice of Levy" titled Department of the Treasury, Internal Revenue Service.

15.] The Defendant, in individual capacity, holding a position of emolument with the Department of the Treasury Internal Revenue Service with and through superiors and subordinates acted in a manner with the omission of proper attention; avoidance and disregard of oath of office, disregard of duty from heedlesness, indifference, and willfulness, when acting against the Plaintiff and with want of knowledge of the Constitution and Laws of the United States. As witnessed by the "Notice of Levy" titled Department of the Treasury, Internal Revenue Service.

16.] The Defendant, in individual capacity, holding a position of emolument with the Department of the Treasury, Internal Revenue Service, with and through superiors and subordinates has acted in a manner that is alleged to be **Concurrent Negligence** and **Contributory Negligence** by acting against the Plaintiff when in want of knowledge of the Constitution and laws of the United States. As witnessed by the "Notice of Levy" titled Department of the Treasury, Internal Revenue Service.

17.] The Defendant, in individual capacity, holding a position of emolument with the Department of the Treasury, Internal Revenue Service, with and through superiors and subordinates has acted wrongfully and unlawfully which is a wrongful act which the actor has no legal right to do,…as any wrongful conduct which affects, interrupts or interferes with the performance of official duty; as an act for which there is no authority or warrant of law; as an act which a person ought not to do at all, referred to as "Malfeasance". As witnessed by the "Notice of Levy" titled Department of the Treasury, Internal Revenue Service.

In doing the acts and things above complained of, defendant is a co-conspirator engaged in a scheme and conspiracy designed and intended to deny and deprive the Plaintiff of his rights and unfettered control over the Planintiff's property guaranteed to him under the Constitution and laws of the United States, as hereinabove enumerated.

As a result of the above stated conduct of the Defendant/Conspirator, Plaintiff has sustained deprivations of his Constitutional rights and property, which has a value in excess of $1,000,000.00. Plaintiff have further suffered and will continue to suffer from psychological harm, mental distress, humiliation,, embarrassment, fear, shock, nervousness, and defamation of their character and reputation.

The conduct of the Defendant, and his co-conspirators deprived the Plaintiff of his inalienable rights, privileges and immunities,

5

secured by the Constitution of the United States, but not by way of limitation.

The rights of the Plaintiff not be deprived

a.) of unfettered control of property without due process of law, secured by the Fourth (4th), Fifth (5th), Ninth (9th) and Fourteenth (14th) Amendments of the Constitution of the United States;

b.) The right of the Plaintiff not to be denied right to privacy, secured by the Fifth (5th) and Fourteenth (14th) Amendments of the Constitution of the United States;

c.) The right of the Plaintiff not to be trespassed against by individuals holding positions of emolument with the Department of the Treasury, Internal Revenue Service of unfettered control and use of property without due process of law, secured by the Fifth (5th) Amendment of the Constitution of the United States;

d.) The acts, conduct, and behavior of Defendant and co-conspirators, was performed knowingly, intentionally, and maliciously, by reason of which Plaintiff is entitled to an award of nominal, compensatory and punitive damages.

WHEREFORE, Plaintiff prays and demand judgment:

1.] The Plaintiff's rights secured by the Fifth (5th), Ninth (9th), and Fourteenth (14th) Amendments were violated when the Defendant and his co-conspirators acted against Plaintiff unlawfully as described above;

2.] The Defendant and co-conspirators violated the Plaintiff's Ninth (9th) and Fourteenth (14th) Amendments rights by acting unlawfully as described above;

3.] That this court award the Plaintiff nominal damages;

4.] That this court award the Plaintiff compensatory damages;

5.] That this Court award the Plaintiff punitive damages;

6.] That this court award Plaintiff the costs herein and reasonable attorneys' fees pursuant to 42 U.S.C. Section 1988;

6

7.] That this court grant Plaintiff such other and further relief as may be just and proper.

Plaintiff demands trial by jury on all issues at law and equity pursuant to Rule 38 of the Federal Rules of Civil Procedure.

Respectfully submitted this 15 day of May, 1998.

*Edward Rodriguez*
Edward Rodriguez all rights reserved

639 Tamiami Blvd
Miami, Fl 33144

5/8/98 13:58:14:11

04/16/1998 10:54 7043640106 SKALA CLINIC OF CHIR PAGE 02

JS 44
Rev. 12/96

# CIVIL COVER SHEET

98-1353
CIV-DAVIS

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
EDWARD RODRIGUEZ

**DEFENDANTS**
Department of the Treasury
Internal Revenue Service
PRESTON BUTCHER
in individual capacity

GARBER

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

A=Dade / 98 cv 1353 / Davis / Garber

Pro Se Sui Juris

**ATTORNEYS (IF KNOWN)**

## BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

1 U.S. Government Plaintiff
[X] 3 Federal Question (U.S. Government Not a Party)
[X] U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X]1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## ORIGIN (PLACE AN X IN ONE BOX ONLY)
[X] Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

[table of nature of suit codes, illegible detail]

## CAUSE OF ACTION

Violation of Article I, Section 9 of the Constitution of the United States. Violation of the 4th, 5th, 9th, and 14th Amendments of the Constitution of the United States. Pursuant to Title 26 USC Section 7433, Title 26 USC Section 7431 and Title 26 USC Section 6325.

**REQUESTED IN COMPLAINT:** CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P 23
**DEMAND** $1,000,000
**CHECK YES only if demanded in complaint:**
**JURY DEMAND:** [X] YES ☐ NO

**RELATED CASE(S) IF ANY** (See instructions) JUDGE _____ DOCKET NUMBER _____

DATE _____
**SIGNATURE OF ATTORNEY OF RECORD**
Edward Rodriguez

FOR OFFICE USE ONLY
RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE Davis MAG. JUDGE Garber